The LARSON GROUP, INC., Appellant,

v.

Tanya THOMSON and Division
of Employment Security,
Respondents.

No. WD 76360.

Missouri Court of Appeals,
Western District.

Dec. 24, 2013.

Rick E. Temple, Springfield, MO, for appellant.

Christine K. Lesicko, Jefferson City, MO, for respondent Division of Employment Security.

Before Division Four: JAMES E. WELSH, Chief Judge, Presiding, CYNTHIA L. MARTIN, Judge and PATRICK ROBB, Special Judge.

## ORDER

PER CURIAM:

The Larson Group, Inc. d/b/a Peterbilt of Springfield appeals from the Labor and Industrial Relations Commission's decision that concluded Tanya Thomson was eligible for unemployment benefits. The Larson Group contends that the Commission's decision was in error because the evidence established that Thomson was discharged for misconduct connected to her work. We affirm. Rule 84.16(b).